UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | | |
|---|---|---|
| **Honorable Anthony W. Ishii**<br>**Senior United States District Judge**<br>**Fresno, California** | **Re:** | **Enrique Diaz**<br>**Docket No.:  0972 1:03CR05111-001**<br>**RESPONSE BY UNITED STATES PROBATION TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Your Honor:

On May 24, 2020, the above-named was sentenced to a term of Supervised Release for a period of 5 years, in reference to the offense of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A), and 18 U.S.C. § 2 – Conspiracy to Manufacture and Distribute Methamphetamine and Aiding and Abetting (Class A Felony). Supervision commenced on June 1, 2018.

Special conditions included a requirement for:

1. Warrantless Search
2. Drug/Alcohol Treatment
3. Drug/Alcohol Testing
4. Pager/Cellular Phone Restriction
5. Aftercare Co-payment
6. Drug Registration

Enrique Diaz has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Diaz has derived maximum benefits from supervision and is not in need of continued supervision.  As such, the undersigned does not oppose early termination and supports Mr. Diaz's motion to terminate Supervised Release.

**RE:** **Enrique F. Diaz**
**Docket Number:  0972 1:03CR05111-001**
**RESPONSE BY UNITED STATES PROBATION TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

| Respectfully submitted, | Reviewed by, |
|---|---|
| *[signature]* | *[signature]* |
| **Miriam E. Olea** | **Paul Mamaril** |
| **United States Probation Officer** | **Sr. United States Probation Officer** |

**Dated:**   July 14, 2021
                 Elk Grove, California